Submitted November 12, 2020, affirmed March 31, petition for review denied July 29, 2021 (368 Or 511)

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

COREY LEWIS JOHNSON,
aka Corey Johnson-Fleishman,
aka Corey Louis Johnson,
*Defendant-Appellant.*

Multnomah County Circuit Court
18CR23703; A170179

484 P3d 402

David F. Rees, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Erin J. Snyder Severe, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Christopher Page, Assistant Attorney General, filed the brief for respondent.

Before Lagesen, Presiding Judge, and James, Judge, and Kamins, Judge.

PER CURIAM

Affirmed.

**PER CURIAM**

A jury unanimously found defendant guilty of first-degree possession of a forged instrument, ORS 165.022. On appeal, defendant asserts that the trial court erred by (1) denying a motion to suppress evidence obtained from an unlawful seizure and (2) providing jury instructions allowing nonunanimous verdicts. We reject the first contention without written discussion.

As for the second, defendant argues that instructing the jury that it could return a nonunanimous verdict constituted a structural error requiring reversal. Subsequent to the United States Supreme Court's ruling in *Ramos v. Louisiana*, 590 US ___, 140 S Ct 1390, 206 L Ed 2d 583 (2020), the Oregon Supreme Court explained that the delivery of a nonunanimous jury instruction was not a structural error that categorically requires reversal. *State v. Flores Ramos*, 367 Or 292, 319, 478 P3d 515 (2020). Additionally, when, as here, the jury's verdict is unanimous despite the nonunanimous instruction, such erroneous instruction was harmless beyond a reasonable doubt. *State v. Kincheloe*, 367 Or 335, 339, 478 P3d 507 (2020). Therefore, we reject defendant's second assignment of error.

Affirmed.